THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Marcus Fashaw, Appellant.
 
 
 

Appeal From Chesterfield County
 Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2004-UP-451
Submitted July 7, 2004  Filed August 
 25, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott 
 all of Columbia;  and Solicitor Jay E. Hodge, of Darlington, for Respondent.
 
 
 

PER CURIAM:  Marcus Fashaw appeals his conviction 
 for armed robbery.  He maintains the trial court should have suppressed evidence 
 found during the search of an apartment.  Fashaws counsel attached to the brief 
 a petition to be relieved as counsel, stating that he had reviewed the record 
 and concluded this appeal lacks merit.  Fashaw filed a separate pro se 
 brief in which he contends the indictment was insufficient because it failed 
 to state he was being tried under the theory of accomplice liability.  After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 
 406 S.E.2d 357 (1991), we dismiss [1] Fashaws appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., 
 concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.